[No. 35832-4-I.   Division One.   June 26, 1995.]

*In the Matter of the Personal Restraint Petition of*
ROBERT C. GROVER, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, Nos. 87-1-04934 and 86-1-00836-1, Charles V.
Johnson and Edward Heavey, JJ., entered May 23, 1988

and April 5, 1988. *Remanded* by unpublished per curiam opinion.